# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv76

| | |
|---|---|
| PATRICIA E. SHOOK, | ) |
|         Plaintiff, | ) |
| Vs. | )     ORDER |
| MARK WILLIAM SHOOK, individually and in his official capacity as Sheriff of Watauga County; WATAUGA COUNTY; and JOHN DOE SURETY, | ) |
|         Defendants. | ) |

**THIS MATTER** is before the court on review of compliance with the Pretrial Order. Review of the Pretrial Order reveals that mediation was Ordered and due to be completed not later than April 15, 2007. Close review of the court's docket does not reveal that a report from any mediator has been filed. Not later than July 26, 2007, respective counsel shall either file the mediator's report or show cause for not complying with the Order of mediation. Respective counsel are advised that the court will not take up dispositive motions or try this matter unless and until such time as the parties have complied with this court's requirement of mediation. Typically the court imposes financial sanctions for failure to comply with the terms of the Pretrial Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that not later than July 26, 2007,

respective counsel shall either file the mediator's report or show cause for not complying with the Order of mediation.

```
                              Signed: July 20, 2007
```

Dennis L. Howell
United States Magistrate Judge