# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv76

| | |
|---|---|
| PATRICIA E. SHOOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MARK WILLIAM SHOOK, individually ) | |
| and in his official capacity as Sheriff of ) | |
| Watauga County; WATAUGA COUNTY; ) | |
| and JOHN DOE SURETY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on an ECF filing error. While defendants' filed their respective Answers and briefs in support of their Motions for Summary Judgment in PDF format, they filed scanned or "e-copied" versions of their reply briefs. (Plaintiff has filed all her briefs in PDF format.) By filing scanned or "e-copied" documents through ECF, rather than PDF documents, the efficiency of ECF is lost. See Standing Civil Order Governing Cases Assigned to Lacy H. Thornburg, United States District Judge, and Dennis L. Howell, United States Magistrate Judge, 1:07mc23 (July 10, 2007).

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants shall refile their respective Replies in this matter using a PDF format.

Signed: July 20, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge