IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06cv76

| | |
|---|---|
| PATRICIA E. SHOOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | JUDGMENT |
| ) | |
| MARK WILLIAM SHOOK, individually ) | |
| and in his official capacity as Sheriff of ) | |
| Watauga County; WATAUGA COUNTY; ) | |
| WATAUGA COUNTY SHERIFF'S ) | |
| DEPARTMENT; and WESTERN SURETY ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** having come before the court in accordance with 28, United States Code, Section 636(c), and on defendant Mark William Shook's and defendant Western Surety Company's (hereinafter "Defendant Shook's") Motion for Summary Judgment (#35), defendant Watauga County's (hereinafter "the County's") Motion for Summary Judgment (#37), and defendants' Motion to Strike (#60), and it appearing from a review of the materials submitted that no genuine issues of material fact remain for trial an that defendants are entitled to the relief they seek, as provided in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendants' Motion to Strike (#60) is **ALLOWED**, Defendant Shook's Motion for Summary Judgment (#35) and the County's Motion for Summary Judgment (#37) are

-1-

**GRANTED,**

(1) judgment is entered in favor of Defendant Shook and against plaintiff on all claims, providing that plaintiff have and take nothing of this defendant;

(2) Western Surety Company is **DISMISSED** with prejudice from this action for failure to state any claim against such defendant, and judgment is entered providing that plaintiff have and take nothing of this defendant;

(3) defendant Watauga County Sheriff's Department is **DISMISSED** with prejudice as an improperly named defendant, and judgment is entered providing that plaintiff have and take nothing of this defendant;

(4) all Title VII claims asserted against defendant Watauga County are **DISMISSED** for lack of subject matter jurisdiction, and judgment is entered in favor of Watauga County and against plaintiff on these and all other claims, providing that plaintiff have and take nothing of this defendant; and

this action is **DISMISSED WITH PREJUDICE** in its entirety.

Signed: August 29, 2007

Dennis L. Howell
United States Magistrate Judge